| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990) |
| | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| 4 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, CA 94102-3495 |
| 5 | Telephone: (415) 436-6855 |
| | Facsimile:  (415) 436-6748 |
| 6 | |
| | Attorneys for Federal Defendant |
| 7 | Library of Congress Copyright Office |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LONNELL B. WORTHY, | ) | |
| | ) | CASE NO. C- 07-5736 |
| Plaintiff, | ) | |
| | ) | NOTICE OF REMOVAL |
| v. | ) | |
| | ) | |
| LIBRARY OF CONGRESS COPYRIGHT OFFICE | ) | |
| | ) | |
| Defendant. | ) | |

TO:   Clerk, San Francisco Superior Court
      400 McAllister Street, Room 103
      San Francisco, California 94102

      Lonnell B. Worthy
      7401 Arthur Street
      Oakland, California 94605

PLEASE TAKE NOTICE that on this day Case No. CGC-07-461259 pending in the San Francisco Superior Court is being removed to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. §§ 1441(a), 1441(b), 1441(f), and 1442(a)(1) on behalf of federal defendant Library of Congress Copyright Office. Upon direction by the Attorney General of the United States, the undersigned attorneys hereby present the following facts to the Judges of the United States District Court for the Northern District of California.

1. On March 13, 2007 plaintiff Lonnell B. Worthy filed a complaint against the Library of Congress Copyright Office in the San Francisco Superior Court. The complaint was filed on a form

NOTICE OF REMOVAL
*Worthy v. Library of Congress Copyright Office* -1-

1 contract complaint. There are no facts and causes of action contained in the complaint. Plaintiff appears to want copyright property. See paragraph 10 of the complaint. However, on the Civil Case Cover Sheet form, Plaintiff checked Other Employment and wrote in "checks" to describe this case.

2. On October 15, 2007, the U.S. Department of Justice received notification from the Library of Congress that the Copyright Office received an Order Continuing Case Management Conference (filed on August 2, 2007). The Copyright Office, the Attorney General, and the U.S. Attorney's Office have not been served with a copy of the Summons and Complaint as required by Rule 4, Fed.R.Civ.Proc. Copies of the Summons, Complaint, Civil Case Cover Sheet, Order on Application For Waiver of Court Fees and Costs, Proof of Service of Summons, Case Management Order, and Order to Show Cause are attached as Exhibit A pursuant to 28 U.S.C. § 1446(a), which constitute the only process, pleading, or order which have been received or obtained from the state court. There has been no trial in this action. An Order to Show Cause hearing presently scheduled for November 26, 2007 at 1:30 p.m. should be taken off calendar upon the filing of this notice.

3. Removal of this action to the United States District Court is made pursuant to 28 U.S.C. §§ 1441(a), 1441(b), 1441(f), and 1442(a)(1) because it is an action against a federal agency. Original jurisdiction lies in a federal forum under 28 U.S.C. § 1331 (civil actions arising under the Constitution, laws or treaties of the United States).

4. A copy of this Notice is being filed with the Clerk of the San Francisco Superior Court. That filing will automatically effect the removal of the action in its entirety to this Court for all future proceedings.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: November 13 2007    By: /s/ JoAnn M. Swanson
JOANN M. SWANSON
Assistant United States Attorney

NOTICE OF REMOVAL
*Worthy v. Library of Congress Copyright Office* -2-

# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:** Library of congress copyright office
(AVISO AL DEMANDADO): 101 Independence Ave
Washington DC 20559-6000

**YOU ARE BEING SUED BY PLAINTIFF:** Lonnell B Worthy
(LO ESTÁ DEMANDANDO EL DEMANDANTE): 7401 Arthur St
Oakland, CA. 94605

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
  There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
  Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
(El nombre y dirección de la corte es):
SUPERIOR COURT
400 MCALLISTER STREET RM 103
SAN FRANCISCO, CA 94102

CASE NUMBER: CGC-07-461259

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Lonnell B. Worthy
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
7401 Arthur St
Oakland, CA 94605

DATE: MAR 13 2007        Gordon Park-Li    Clerk, by Deborah Steppe, Deputy
(Fecha)                  (Secretario)                    (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):



Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

Page 1 of 1

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Lonnell B. Worthy | FOR COURT USE ONLY |
|---|---|
| 7401 Arthur St<br>Oakland, CA 94605<br>TELEPHONE NO: (415) 410-6659  FAX NO. (Optional): (511) 430-8952<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | **FILED**<br>San Francisco County Superior Court<br>MAR 1 3 2007<br>GORDON PARK-LI, Clerk<br>BY: _____<br>DEBORAH STEDOE, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister St
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA - 94103
BRANCH NAME:

PLAINTIFF: Lonnell B. Worthy

DEFENDANT: Library of Congress copyright office

☐ DOES 1 TO _____

**CONTRACT**
☒ COMPLAINT        ☐ AMENDED COMPLAINT (Number):
☐ CROSS-COMPLAINT   ☐ AMENDED CROSS-COMPLAINT (Number):

**SUMMONS ISSUED**

**CASE MANAGEMENT CONFERENCE SET**

AUG 1 0 2007 -9:00 AM

DEPARTMENT 212

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded  ☐ does not exceed $10,000
              ☐ exceeds $10,000 but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
    ☐ from limited to unlimited
    ☐ from unlimited to limited

CASE NUMBER:
CGC-07-461259

1. Plaintiff* (name or names): Lonnell B. Worthy

   alleges causes of action against defendant* (name or names):

2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
      ☐ except plaintiff (name):
         (1) ☐ a corporation qualified to do business in California
         (2) ☐ an unincorporated entity (describe):
         (3) ☐ other (specify):

   b. ☐ Plaintiff (name):
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
      b. ☐ has complied with all licensing requirements as a licensed (specify):
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
      ☐ except defendant (name):                      ☐ except defendant (name):
         (1) ☐ a business organization, form unknown     (1) ☐ a business organization, form unknown
         (2) ☐ a corporation                              (2) ☐ a corporation
         (3) ☐ an unincorporated entity (describe):       (3) ☐ an unincorporated entity (describe):
         (4) ☐ a public entity (describe):                (4) ☐ a public entity (describe):
         (5) ☐ other (specify):                           (5) ☐ other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

| | PLD-C-001 |
|---|---|
| SHORT TITLE: Lonnell B. Worthy vs Libary of Congress copyright | CASE NUMBER: |

4. (Continued)
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☐ Doe defendants (specify Doe numbers): _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) ☐ Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

5. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

6. ☐ This action is subject to  ☐ Civil Code section 1812.10  ☐ Civil Code section 2984.4.
7. This court is the proper court because
   a. ☐ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. ☐ the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other (specify):

8. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):

   ☐ Breach of Contract
   ☐ Common Counts
   ☐ Other (specify):

9. ☐ Other allegations:

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☐ damages of: $
    b. ☐ interest on the damages
       (1) ☐ according to proof
       (2) ☐ at the rate of (specify): _____ percent per year from (date):
    c. ☐ attorney's fees
       (1) ☐ of: $
       (2) ☐ according to proof.
    d. ☒ other (specify): copyright property

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows (specify paragraph numbers):

Date: 03-12-07

Lonnell B. Worthy
(TYPE OR PRINT NAME)

▶ Lonnell B. Worthy
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

(If you wish to verify this pleading, affix a verification.)

PLD-C-001 [Rev. January 1, 2007]     COMPLAINT—Contract     Page 2 of 2

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address): LONNELL B. WORTHY
7401 Arthur St
OAKLAND, CA. 94605
TELEPHONE NO: (415) 410-6659    FAX NO:
ATTORNEY FOR (Name):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Francisco
STREET ADDRESS: 400 McAllister St
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco CA 94103
BRANCH NAME:

CASE NAME: Worthy vs Copyright office of Congress

**FOR COURT USE ONLY**

FILED
San Francisco County Superior Court
MAR 13 2007
GORDON PARK-LI, Clerk
BY: _____
DEBORAH STEFFE, Deputy Clerk

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited  [ ] Limited (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CGC-07-461259  JUDGE:  DEPT: |

Items 1–5 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[X] Other employment (15) checks

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [ ] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [X] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Type of remedies sought (check all that apply):
   a. [ ] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action (specify):
5. This case [ ] is [ ] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: MAR 13 2007

LONNELL B WORTHY
(TYPE OR PRINT NAME)      (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 3.220, 3.400-3.403;
Standards of Judicial Administration, § 19
www.courtinfo.ca.gov

FW-003

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): Lonnell B. Worthy | FOR COURT USE ONLY |
|---|---|
| 7401 Arthur St<br>Oakland CA 94605<br>TELEPHONE NO.: (415) 410-6659    FAX NO.: (510) 430-8952<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | **FILED**<br>San Francisco County Superior Court<br><br>MAR 13 2007<br><br>GORDON PARK-LI, Clerk<br>BY: Deborah Steppe<br>DEBORAH STEPPE, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: SUPERIOR COURT
MAILING ADDRESS: 400 MCALLISTER STREET RM 103
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME:

PLAINTIFF/PETITIONER: Lonnell B. Worthy
DEFENDANT/RESPONDENT: Library of Congress Copyright Office

**ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS**

CASE NUMBER: CGC-07-461259

1. The application was filed on (date): 03-12-07      ☐ A previous order was issued on (date):
2. The application was filed by (name): Lonnell B. Worthy
3. ☑ IT IS ORDERED that the application is **granted** ☑ in whole ☐ in part (complete item 4 below).
   a. ☑ **No payments.** Payment of all the fees and costs listed in California Rules of Court, rule 3.61, is waived.
   b. ☐ The applicant shall pay all the fees and costs listed in California Rules of Court, rule 3.61, EXCEPT the following:
      (1) ☐ Filing papers.                    (6) ☐ Sheriff and marshal fees.
      (2) ☐ Certification and copying.        (7) ☐ Reporter's fees* (valid for 60 days).
      (3) ☐ Issuing process and certification. (8) ☐ Telephone appearance (Gov. Code, § 68070.1 (c))
      (4) ☐ Transmittal of papers.            (9) ☐ Other (specify code section):
      (5) ☐ Court-appointed interpreter.
      *Reporter's fees are per diem pursuant to Code Civ. Proc., §§ 269, 274c, and Gov. Code, §§ 69947, 69948, and 72195.
   c. **Method of payment.** The applicant shall pay all the fees and costs when charged, EXCEPT as follows:
      (1) ☐ Pay (specify):            percent.  (2) ☐ Pay: $            per month or more until the balance is paid.
   d. The clerk of the court, county financial officer, or appropriate county officer is authorized to require the applicant to appear before and be examined by the court no sooner than four months from the date of this order, and not more than once in any four-month period. ☐ The applicant is ordered to appear in this court as follows for review of his or her financial status:
      | Date: | Time: | Dept.: | Div.: | Room: |
   e. ☐ The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.
   f. All unpaid fees and costs shall be deemed to be taxable costs if the applicant is entitled to costs and shall be a lien on any judgment recovered by the applicant and shall be paid directly to the clerk by the judgment debtor upon such recovery.
4. ☐ IT IS ORDERED that the application is **denied** ☐ in whole ☐ in part for the following reasons (see Cal. Rules of Court, rules 3.50–3.63):
   a. ☐ Monthly household income exceeds guidelines (Gov. Code, § 68511.3(a)(6)(B); form FW-001-INFO).
   b. ☐ Other (Complete line 4b on page 2).
   c. The applicant shall pay any fees and costs due in this action within 10 days from the date of service of this order or any paper filed by the applicant with the clerk will be of no effect.
   d. The clerk is directed to mail a copy of this order to all parties who have appeared in this action.
5. ☐ IT IS ORDERED that a hearing be held.
   a. The substantial evidentiary conflict to be resolved by the hearing is (specify):
   b. The applicant should appear in this court at the following hearing to help resolve the conflict:
      | Date: | Time: | Dept.: | Div.: | Room: |
   c. The address of the court is (specify):
      ☐ Same as above
   d. The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.

**NOTICE:** If item 3d or item 5b is filled in and the applicant does not attend the hearing, the court may revoke or change the order or deny the application without considering information the applicant wants the court to consider.

**WARNING:** The applicant must immediately tell the court if he or she becomes able to pay court fees or costs during this action. The applicant may be ordered to appear in court and answer questions about his or her ability to pay fees or costs.

Date: MAR 13 2007        [signature]                                                              , Deputy
                         DAVID BALLATI
                         Presiding Judge

*Discretionary fee waiver; see Cal. Rule of Court, rules 3.56.)   Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
FW-003 [Rev. January 1, 2007]

**ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS (Fee Waiver)**

Government Code, § 68511.3;
Cal. Rules of Court, rules 3.50–3.63
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Lonnell B Worthy<br>7401 Arthur St<br>Oakland, CA 94605<br>TELEPHONE NO.: (415) 410-6659   FAX NO. (Optional): (510) 430-8952<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY<br><br>FILED<br>San Francisco County Superior Court<br>JUN 25 2007<br>GORDON PARK-LI, Clerk<br>BY: _____ Deputy Clerk |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco<br>STREET ADDRESS: 400 McAllister St San Francisco<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco CA 94103<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Lonnell B. Worthy<br>DEFENDANT/RESPONDENT: Library of Congress Copyright office | CASE NUMBER:<br>CGC-07-461259 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [ ] other (specify documents):
3. a. Party served (specify name of party es shown on documents served):
   Library of Congress Copyright office
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
4. Address where the party was served: 79 Clayton St
   San Francisco CA 94115
5. I served the party (check proper box)
   a. [✓] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 06-25-07  (2) at (time): 2:30
   b. [ ] by substituted service. On (date):  at (time):  I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):  from (city):  or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| | |
|---|---|
| PLAINTIFF/PETITIONER: Lennell B Worth / <br> DEFENDANT/RESPONDENT: Library of Congress Copyright office | CASE NUMBER: <br> CGC-07-461259 |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on (date): 06-25-07     (2) from (city): San Francisco

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

    (4) [ ] to an address outside California with return receipt requested. *(Code Civ. Proc., § 415.40.)*

  d. [ ] **by other means** *(specify means of service and authorizing code section)*:

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify)*:
   under the following Code of Civil Procedure section:
   - [ ] 416.10 (corporation)
   - [ ] 416.20 (defunct corporation)
   - [ ] 416.30 (joint stock company/association)
   - [ ] 416.40 (association or partnership)
   - [ ] 416.50 (public entity)
   - [ ] 415.95 (business organization, form unknown)
   - [ ] 416.60 (minor)
   - [ ] 416.70 (ward or conservatee)
   - [ ] 416.90 (authorized person)
   - [ ] 415.46 (occupant)
   - [ ] other:

7. **Person who served papers**
   a. Name:
   b. Address:
   c. Telephone number:
   d. The fee for service was: $
   e. I am:
     (1) [ ] not a registered California process server.
     (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
     (3) [ ] a registered California process server:
       (i) [ ] owner [ ] employee [ ] independent contractor.
       (ii) Registration No.:
       (iii) County:

8. [✓] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 06-25-07

X _Pedro Parks_            ▶X _[signature]_
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO
400 MCALLISTER STREET, SAN FRANCISCO, CA 94102

| | |
|---|---|
| LONNELL WORTHY<br><br>PLAINTIFF (S)<br><br>VS.<br><br>LIBARY OF CONGRESS COPYRIGHT OFFICE<br><br>DEFENDANT (S) | **Pretrial Department 212**<br>**Case Management Order**<br><br>NO. CGC-07-461259<br><br>**Order Continuing Case**<br>**Management Conference** |

TO: ALL COUNSEL AND PARTIES IN PROPRIA PERSONA

The AUG-10-2007 CASE MANAGEMENT CONFERENCE is canceled, and it is hereby ordered:

This case is set for a case management conference on SEP-21-2007 in Department 212 at 9:00 AM for answer.

CRC 3.725 requires the filing and service of a case management statement form CM-110 no later than fifteen (15) days before the case management conference. However, it would facilitate the issuance of a case management order without an appearance at the case management conference if the case management statement is filed, served and lodged in Department 212 twenty-five (25) days before the case management conference.

PLAINTIFF'S COUNSEL OR PLAINTIFF(S) IN PROPRIA PERSONA must send a copy of this notice to all parties not listed on the attached proof of service within five (5) days of the date of this order.

DATED: AUG-02-2007          ARLENE T. BORICK
                            JUDGE/COMMISSIONER



Order Continuing Case Management Conference
Form 000001

CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, certify that I am an employee of the Superior Court of California, County of San Francisco and not a party to the above-entitled cause and that on AUG-02-2007 I served the foregoing Order Continuing Case Management Conference on each counsel of record or party appearing in propria persona by causing a copy thereof to be enclosed in a postage paid sealed envelope and deposited in the United States Postal Service mail box located at 400 McAllister Street, San Francisco CA 94102-4514 pursuant to standard court practice.

Dated : AUG-02-2007                             By: JEFFREY LEE


LONNELL WORTHY
7401 ARTHUR STREET
OAKLAND, CA  94605












LONNELL WORTHY
7401 ARTHUR STREET
OAKLAND, CA  94605

Page 1 of 1

CERTIFICATE OF SERVICE BY MAIL
Form 000001

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO
400 MCALLISTER STREET, SAN FRANCISCO, CA 94102

| | |
|---|---|
| LONNELL WORTHY<br><br>PLAINTIFF (S)<br><br>VS.<br><br>LIBARY OF CONGRESS COPYRIGHT OFFICE<br><br>DEFENDANT (S) | **Pretrial Department 212**<br>**Case Management Order**<br><br>NO. CGC-07-461259<br><br>**Order To Show Cause** |

TO: PLAINTIFF'S COUNSEL OR PLAINTIFF(S) IN PROPRIA PERSONA

The SEP-21-2007 CASE MANAGEMENT CONFERENCE is canceled.

YOU ARE HEREBY ORDERED TO APPEAR in Department 212 on NOV-26-2007 at 1:30 PM, pursuant to Local Rule 3.0 C to show cause why this action should not be dismissed or why sanctions should not be imposed for failure to:

obtain an answer(s) from, or enter default(s) against, defendant(s).

CRC 3.110(i) requires that responsive papers to an order to show cause must be filed and served at least 5 calendar days before the hearing.

However, it would facilitate the issuance of a case management order prior to the Order to Show Cause hearing if the Response to Order to Show Cause is filed, served and lodged in Department 212 twenty (20) days before the Order to Show Cause hearing.

PLAINTIFF'S COUNSEL OR PLAINTIFF(S) IN PROPRIA PERSONA must send a copy of this notice to all parties not listed on the attached proof of service within five (5) days of the date of this order.

You may call (415) 551-4000 after 12:00 noon the day before the hearing to determine whether your compliance has taken the order to show cause off calendar.

DATED: SEP-11-2007                    ARLENE T. BORICK
                                                             JUDGE/COMMISSIONER

Order To Show Cause
Form 000001

CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, certify that I am an employee of the Superior Court of California, County of San Francisco and not a party to the above-entitled cause and that on SEP-11-2007 I served the foregoing Order To Show Cause on each counsel of record or party appearing in propria persona by causing a copy thereof to be enclosed in a postage paid sealed envelope and deposited in the United States Postal Service mail box located at 400 McAllister Street, San Francisco CA 94102-4514 pursuant to standard court practice.

Dated : SEP-11-2007                    By: JEFFREY LEE

LONNELL WORTHY
7401 ARTHUR STREET
OAKLAND, CA 94605