1  SCOTT N. SCHOOLS (SBN SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Assistant United States Attorney
3  Chief, Civil Division

4  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
5  Telephone: (415) 436-6855
   Facsimile: (415) 436-6748
6
   Attorneys for Federal Defendant
7  Library of Congress Copyright Office

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  LONNELL B. WORTHY,                  )
                                        )    Case No. CV 07-5736 JCS
12                      Plaintiff,      )
                                        )
13            v.                        )    **PROOF OF SERVICE**
                                        )
14  LIBRARY OF CONGRESS COPYRIGHT       )
    OFFICE,                             )
15                                      )
                        Defendant.      )
16  _____ )

17         The undersigned hereby certifies that she is an employee of the Office of the United States

18  Attorney for the Northern District of California and is a person of such age and discretion to be

19  competent to serve papers.  The undersigned further certifies that on November 13, 2007 she caused a

20  copy of:

21         1)    Notice of Removal filed November 13, 2007;

22         2)    Order Setting Initial Case Management Conference and ADR Deadlines filed

23               November 13, 2007; Standing Order for United States Magistrate Judge Joseph C.

24               Spero; Notice of Rule Discontinuing Service by Mail; Standing Order For All Judges

25               of the Northern District of California;

26         3)    Notice of Assignment Of Case To A United States Magistrate Judge For Trial;

27               Consent To Proceed Before A United States Magistrate Judge; Declination to Proceed

28

PROOF OF SERVICE
Worthy v. Library of Congress Copyright Office  -1-

1    Before A Magistrate Judge And Request For Reassignment To A United States

2    District Judge;

3    4)    ECF Registration Information Handout;

4    5)    Welcome To The U.S. District Court, San Francisco; and

5    6)    Proof of Service

6  to be served upon the persons at the place and addresses stated below, which are the last known

7  address:

8    Lonnell B. Worthy
     7401 Arthur Street
9    Oakland, California 94605

10    I declare under penalty of perjury under the laws of the United States of America that the

11  foregoing is true and correct.

12    Executed this 13th day of November 2007 at San Francisco, California.

13

14

15    _____/s/_____
      Elsie Sato
16    Paralegal Specialist

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
Worthy v. Library of Congress Copyright Office  -2-