SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6855
    Facsimile:  (415) 436-6927
    Email: joann.swanson@usdoj.gov

Attorneys for Federal Defendant
Library of Congress Copyright Office

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LONNELL B. WORTHY, | ) | No. C 07-5736 JCS |
|     Plaintiff, | ) | |
| v. | ) | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| LIBRARY OF CONGRESS COPYRIGHT OFFICE, | ) | |
|     Defendant. | ) | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned U.S. Attorney, specially appearing for defendant in the above-captioned civil matter, hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: November 14, 2007                  Respectfully submitted,

                                                    SCOTT N. SCHOOLS
                                                    United States Attorney

                                      By:     /s/_____
                                                JOANN M. SWANSON
                                                Assistant U.S. Attorney
                                                Chief, Civil Division

# CERTIFICATE OF SERVICE

### Worthy v. Library of Congress Copyright Office
### C 07-5736 JCS

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X_  FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  PERSONAL SERVICE (BY MESSENGER)

____  FEDERAL EXPRESS via Priority Overnight

____  EMAIL

____  FACSIMILE (FAX)

to the party(ies) addressed as follows:

Lonnell B. Worthy, Pro Se
7401 Arthur Street
Oakland, CA 94605
PH: 415.410.6659      FX: 510.430.8952

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this November 14, 2007 at San Francisco, California.

/s/ _____
LILY HO-VUONG
Legal Assistant

Declination to Proceed Before Mag. Judge & Request for Reassignment
C 07-5736 JCS                                          2