**United States District Court**

For the Northern District of California

1

2

3                          UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5

6    LONNELL B WORTHY,                         No.  C 07-05736 JCS

7              Plainitff(s),                   NOTICE OF IMPENDING
                                               REASSIGNMENT TO A UNITED STATES
8         v.                                   DISTRICT JUDGE

9    LIBRARY OF CONGRESS COPYRIGHT
     OFFICE,
10

11            Defendant(s).
                                          /
12   _____

13         The Clerk of this Court will now randomly reassign this case to a United States District

14   Judge because:

15         [X]    One or more of the parties has requested reassignment to a United States District

16   Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

17         []     One or more of the parties has sought a type of judicial action (e.g., a temporary

18   restraining order) that a United States Magistrate Judge may not take without the consent of all

19   parties, the necessary consents have not been secured, and time is of the essence.

20         ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE

21   SPERO ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE

22   JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

23

24   Dated:  November 15, 2007

25                                             Richard W. Wieking, Clerk
                                               United States District Court
26                                             _Karen L. Hom_____

27                                             By: Karen L. Hom
                                               Courtroom Deputy
28   cc:  Intake