```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LONNEL B. WORTHY | ) | No. C 07-5736 CRB |
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] DISMISSAL ORDER** |
| LIBRARY OF CONGRESS COPYRIGHT OFFICE, | ) | |
| Defendant. | ) | |

The federal defendant, not having been properly served and appearing specially, has moved to dismiss this action pursuant to FRCP 12(b)(1) for lack of subject matter jurisdiction and pursuant to FRCP 12(b)(6) for failure to state a claim upon which relief can be granted.

This matter having come before the Court on the federal defendant's motion to dismiss, and good cause appearing, the court finds that plaintiff has not alleged a waiver of sovereign immunity that would allow him to sue the federal government. The court further finds that plaintiff has failed to allege any facts showing that he is or could be entitled to relief.

The court therefore grants the federal defendant's motion to dismiss pursuant to FRCP 12(b)(1) and FRCP 12(b)(6). This dismissal is without prejudice to allow plaintiff to file and

//

(Proposed) Dismissal Order
C 07-5736 CRB

1  serve an amended complaint within 30 days of this order.

2  IT IS SO ORDERED.

3

4  DATED: _____
          CHARLES R. BREYER
5          United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(Proposed) Dismissal Order
C 07-5736 CRB

## CERTIFICATE OF SERVICE

**Worthy v. Library of Congress Copyright Office**
**C 07-5736 CRB**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Proposed Dismissal Order**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

  X    FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ PERSONAL SERVICE (BY MESSENGER)

_____ FEDERAL EXPRESS via Priority Overnight

_____ EMAIL

_____ FACSIMILE (FAX)

to the party(ies) addressed as follows:

Lonnell B. Worthy, Pro Se
7401 Arthur Street
Oakland, CA 94605
PH: 415.410.6659      FX: 510.430.8952
Email:

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this November 16, 2007 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　LILY HO-VUONG
　　　　　　　　　　　　　　　　　　　　Legal Assistant

(Proposed) Dismissal Order
C 07-5736 CRB