IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNELL B WORTHY,<br><br>    Plaintiff,<br><br>  v.<br><br>LIBRARY OF CONGRESS COPYRIGHT OFFICE,<br><br>    Defendant.<br>_____/ | No. C 07-05736 CRB<br><br>**Clerk's Notice** |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for February 22, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: November 26, 2007                                         FOR THE COURT,

                                                                                 Richard W. Wieking, Clerk
                                                                                 By: _____
                                                                                         Barbara Espinoza
                                                                                         Courtroom Deputy