SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6855
Facsimile:  (415) 436-6927
Email: joann.swanson@usdoj.gov

Attorneys for Federal Defendant
Library of Congress Copyright Office

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LONNELL B. WORTHY, | ) | No. C 07-5736 CRB |
| Plaintiff, | ) | |
| v. | ) | **FEDERAL DEFENDANT'S REPLY TO MOTION TO DISMISS** |
| LIBRARY OF CONGRESS COPYRIGHT OFFICE, | ) | Date: January 4, 2008<br>Time: 10:00 a.m.<br>Ctrm: 8, 19th Fl. |
| Defendant. | ) | |

The Federal Defendant Library of Congress Copyright Office has specially appeared to move to dismiss plaintiff's action without prejudice.  It has filed its motion on the grounds that the Court lacks subject matter jurisdiction over the action and that the complaint fails to state a claim upon which relief can be granted.  Plaintiff has not opposed the motion.  The Federal Defendant requests that the action should be dismissed with leave for plaintiff to file and serve an amended complaint within 30 days.

                                                   Respectfully submitted,

                                                   SCOTT N. SCHOOLS
                                                   United States Attorney

Dated: December 21, 2007              By:   ___/s/_____
                                                 JOANN M. SWANSON
                                                 Assistant U.S. Attorney
                                                 Chief, Civil Division

**CERTIFICATE OF SERVICE**

<u>**Worthy v. Library of Congress Copyright Office**</u>
**C 07-5736 CRB**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Federal Defendant's Reply to Motion to Dismiss**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

 X     FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   PERSONAL SERVICE (BY MESSENGER)

____   FEDERAL EXPRESS via Priority Overnight

____   EMAIL

____   FACSIMILE (FAX)

to the party(ies) addressed as follows:

Lonnell B. Worthy, Pro Se
7401 Arthur Street
Oakland, CA 94605
PH: 415.410.6659     FX: 510.430.8952

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this December 21, 2007 at San Francisco, California.

_____/s/_____
Lily Ho-Vuong
Legal Assistant

Defs. Reply To Motion to Dismiss
C 07-5736 CRB                2