IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNELL B. WORTHY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LIBRARY OF CONGRESS COPYRIGHT OFFICE,<br><br>　　　　Defendant.　　　　　　　　　／ | No. C 07-05736 CRB<br><br>**ORDER DISMISSING** |

　　　Having failed to file an amended complaint by January 25, 2008, Plaintiff Lonnell Worthy's action is dismissed with prejudice.

　　　**IT IS SO ORDERED.**

Dated: February 22, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\5736\Dismissal.wpd