United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNELL B. WORTHY,<br><br>    Plaintiff,<br><br>  v.<br><br>LIBRARY OF CONGRESS COPYRIGHT OFFICE,<br><br>    Defendant.                    / | No. C 07-05736 CRB<br><br>**JUDGMENT** |

    Having dismissed Plaintiff's action, judgment is hereby entered against Plaintiff and in favor of Defendant Library of Congress Copyright Office.

**IT IS SO ORDERED.**

Dated: February 22, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\5736\Judgment.wpd