UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LONNELL B WORTHY,

        Plaintiff,

  v.

LIBRARY OF CONGRESS COPYRIGHT OFFICE et al,

        Defendant.
                                      /

Case Number: CV07-05736 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lonnell B. Worthy
7401 Arthur Street
Oakland, CA 94605

Dated: February 25, 2008

                                     Richard W. Wieking, Clerk
                                     By: Barbara Espinoza, Deputy Clerk